**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| CONRAD FOREMAN, | : | |
| Petitioner, | : | Civil No. 03-4178 (JBS) |
| v. | : | |
| JONATHAN MINER, Warden, | : | **O R D E R** |
| Respondent. | : | |

For the reasons expressed in the Opinion filed herewith,

It is on this **10th** day of **August**, **2007**,

ORDERED that Petitioner's motion to reopen his deportation case (docket entry 17) is hereby dismissed.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      United States District Judge